

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
NADIA AHMED
Assistant United States Attorney
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Nadia.Ahmed@usdoj.gov

*Representing the United States of America*

```
                    FILED        _____ RECEIVED
                    ENTERED      _____ SERVED ON
                    COUNSEL/PARTIES OF RECORD

                    JUN 20 2019

                    CLERK US DISTRICT COURT
                    DISTRICT OF NEVADA
              BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>CHAD HALL, D.O.,<br><br>MICHAEL HALPRIN,<br>a/k/a Michael Vincent,<br><br>RONALD SMITH, M.D.,<br><br>JANELL OLSON, and<br><br>EGHOMWARE IGBINOVIA,<br>a/k/a Jerry Igbinovia,<br><br>Defendants. | Case No. 2:19-CR-00154-RGB-VCF<br><br>**GOVERNMENT'S MOTION TO UNSEAL INDICTMENT & CASE** |

**CERTIFICATION: This Motion is timely filed.**

COMES NOW the United States of America, by and through its attorney, NICHOLAS A. TRUTANICH, United States Attorney, and Nadia Ahmed, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the

sealed indictment filed in this case on June 19, 2019 and to unseal the case. Defendants have all been taken into custody and/or are in the process of turning themselves in.

**DATED** this 20 day of June, 2019.

Respectfully,

NICHOLAS A. TRUTANICH
United States Attorney

NADIA AHMED
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>CHAD HALL, D.O.,<br><br>MICHAEL HALPRIN,<br>a/k/a Michael Vincent,<br><br>RONALD SMITH, M.D.,<br><br>JANELL OLSON, and<br><br>EGHOMWARE IGBINOVIA,<br>a/k/a Jerry Igbinovia,<br><br>         Defendants. | Case No. 2:19-cr-00154-RGB-VCF<br><br>**ORDER TO UNSEAL<br>INDICTMENT & CASE** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the indictment and case Shall be unsealed.

DATED this 20th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

3