1
2
3
4
5
6  JAMES W. KWON, ESQ.
7  Nevada Bar No. 8146
   JAMES KWON, LLC
8  5808 Spring Mountain Road, Suite #107
   Las Vegas, Nevada 89146
9  (702) 515-1200
   jkwon@jwklawfirm.com
10 *Attorneys for Defendant Chad Hall, D.O.*

11              **UNITED STATES DISTRICT COURT**

12                  **DISTRICT OF NEVADA**

13

14                                    | Case No.: 2:19-cr-00154-RFB-VCF

15
   UNITED STATES OF AMERICA,
16                                    **ORDER GRANTING UNOPPOSED**
   v.                                 **MOTION TO LIFT PROTECTIVE**
17                                    **ORDER FOR THE LIMITED SCOPE OF**
   CHAD HALL, D.O., et al.            **COMPLYING WITH THE REQUEST**
18                                    **FOR PATIENT MEDICAL**
19          Defendants.              **RECORDS/PRESCRIPTION**
                                      **INFORMATION FROM NEVADA STATE**
20                                    **BOARD OF OSTEOPATHIC MEDICINE**

21

22

23        Upon consideration of the Defendant's Unopposed Motion to Lift Protective Order for the

24  Limited Scope of Complying with the Request for Patient Medical Records/Prescription

25  information from Nevada State Board of Osteopathic Medicine, and good cause appearing

26  therefore:

27        **IT IS HEREBY ORDERED** that Defendant Chad Hall's Motion is GRANTED and that

28                                  Page **1** of **2**

the Protective order is lifted for the Limited Scope of Complying with the Request for Patient Medical Records/Prescription information from Nevada State Board of Osteopathic Medicine.

DATED this 6th day of _____November_____, 2019.


RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

*Respectfully Submitted By:*
JAMES KWON, LLC

By_____
JAMES W. KWON, ESQ.
Nevada Bar No. 8146
5808 Spring Mountain Road, Suite #107
Las Vegas, Nevada 89146